428 A.2d 242

Commonwealth v. Lowman, Appellant.

Submitted December 6, 1979. Gary S. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence is affirmed.